B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re Guy F. Forreca, Amy M. Porreca              ,               Case No.  1:19-bk-10907

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank, N.A., not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT | U.S. Bank, N.A., not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2018 G-CTT |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Rushmore Loan Management Services
  P.O. Box 55004, Irvine, CA 92619-2708

Court Claim # (if known):      2-2
Amount of Claim:      $68,155.81
Date Claim Filed:      11/19/2019

Phone:  888-504-6700
Last Four Digits of Acct #:      5860

Phone:  888-504-6700
Last Four Digits of Acct. #:      5860

Name and Address where transferee payments should be sent (if different from above):
  c/o Rushmore Loan Management Services
  P.O. Box 52708, Irvine, CA 92619-2708

Phone:  888-504-6700
Last Four Digits of Acct #:      5860

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Michelle R. Ghidotti-Gonsalvez, Esq.              Date: 05/24/2021
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.